THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Kevin Reese, Appellant.
 
 
 

Appeal From Richland County
G. Thomas Cooper, Jr., Circuit Court Judge
Unpublished Opinion No. 2008-UP-439
Submitted August 1, 2008  Filed August 6,
 2008 
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and
 Solicitor Warren B. Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Kevin Reese pled guilty to two counts of entering a
 bank with the intent to steal, and he received concurrent sentences of fifteen
 years each.  Reeses counsel argues the trial court erred in accepting Reeses
 guilty plea, maintaining it did not comply with the mandates set forth in Boykin
 v. Alabama, 395 U.S. 238 (1969).  Reese filed a pro se brief
 and argues the trial court erred by accepting his guilty plea because an
 indictment was never returned by the grand jury.      After
 a thorough review of the record and both briefs pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss  Reeses appeal and grant counsels
 motion to be relieved. [1] 
APPEAL
 DISMISSED.  
KONDUROS,
 J., CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.